IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA MAY TILSON,

      Plaintiff,

vs.                                CASE NO. 1:18-cv-210-AW-EMT

ANDREW SAUL, Commissioner
of Social Security,

      Defendant.
                                  /

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND AFFIRMING COMMISSIONER'S DECISION

I have reviewed the magistrate judge's November 1, 2019 Report and Recommendation. ECF No. 21. I have also considered de novo the issues raised in Plaintiff's objections. ECF No. 22. I conclude that the Report and Recommendation should be adopted.

It is now ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is AFFIRMED.

3. The Clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The Clerk will then close the file.

SO ORDERED on February 3, 2020.

                                           s/ *Allen Winsor*
                                           United States District Judge